BARRY SMITH, Appellant, v ANDREW P. MELONI, as Sheriff of County of Monroe, et al., Respondents. [773 NYS2d 669]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 20, 2001. The judgment granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pine, J.P., Wisner, Kehoe, Gorski and Hayes, JJ.